STATE OF MAINE

SUPREME JUDICIAL COURT
Sitting as the Law Court
Docket No. Yor-15-80

Federal National Mortgage
Association

v.

**ORDER DISMISSING APPEAL**

Neil Stewart et al.

    Wendy Varney has filed a notice of appeal from the order of the Superior

Court dismissing her appeal from an order of the District Court in an action for

forcible entry and detainer. The Superior Court issued the writ of possession on

March 5, 2015.

    Because the writ of possession has issued, this appeal from a forcible entry

and detainer matter is moot. *Foster v. Bloomberg*, 657 A.2d 327, 329 (Me. 1995).

    It is therefore ORDERED that Varney's appeal is DISMISSED as moot.

Dated: March _29_, 2015

For the Court,

_____
Chief/Associate Justice

RECEIVED

MAR 3 0 2015

Clerk's Office
Maine Supreme Judicial Court

AP-14-25

ATTORNEY FOR PLAINTIFF:
LEONARD F MORLEY JR
SHAPIRO & MORLEY LLC
707 SABLE OAKS DRIVE SUITE 250
SOUTH PORTLAND ME  04106

DEFENDANT WENDY VARNEY PRO SE:
51 PORTLAND AVE APT #4
OLD ORCHARD BEACH ME  04064